NOTE: CHANGES MADE BY THE COURT

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHIENG HSING HK Co., LTD. ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> ) <br> HS GLOBAL TRADING GROUP ) <br> COLLECTION; and RASHMIBHAI ) <br> SHAH aka RASHMI SHAH, ) <br> ) <br> ) <br> Defendants. ) | Case No.: 2:18-CV-02037-AB (SKx) <br><br> ORDER OF DISMISSAL |

ORDER OF DISMISSAL

Pursuant to the Stipulation (Dkt. No. 47) of the parties, this case is ordered **DISMISSED WITHOUT PREJUDICE** subject to revival and reinstatement for the purpose of entering Judgment pursuant to the terms of the Stipulation in the Event of Default in Periodic Payments, as agreed by the parties hereto. The Court retains jurisdiction. The July 29, 2019 hearing is **VACATED**.

DATED: July 23, 2019

_____
JUDGE OF THE UNITED STATES
DISTRICT COURT